DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FORD MOTOR CREDIT COMPANY,**
Appellant,

v.

**GRACE W. SPENCE** and **TRUIST BANK** f/k/a **SUNTRUST BANK,**
Appellees.

No. 4D21-648

[December 9, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Steven Shutter, Judge; L.T. Case Nos. COWE05-11734 and CACE20-21242.

Michael J. Ingino of Moody, Jones & Ingino, P.A., Plantation, for appellant.

Dineen Pashoukos Wasylik of DPW Legal, Tampa, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***